1  Richard B. Specter, SBN 114090
2  Diane L. Ellis, SBN 130628
   CORBETT, STEELMAN & SPECTER
3  A Professional Law Corporation
4  18200 Von Karman Avenue, Suite 900
   Irvine, California 92612-1023
5  Telephone:  (949) 553-9266
6  Facsimile:  (949) 553-8454
   rspecter@corbsteel.com
7
8  Attorneys for Plaintiffs
   LOS ANGELES TURF CLUB, INCORPORATED,
9  LOS ANGELES TURF CLUB II, INC.,
10 PACIFIC RACING ASSOCIATION, PACIFIC RACING
   ASSOCIATION II, GULFSTREAM PARK RACING
11 ASSOCIATION, INC., OREGON RACING, INC.,
12 MARYLAND JOCKEY CLUB OF BALTIMORE CITY, INC.,
   and LAUREL RACING ASSOCIATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES TURF CLUB, INCORPORATED, a California Corporation, LOS ANGELES TURF CLUB II, INC., a California Corporation, PACIFIC RACING ASSOCIATION, a California Corporation, PACIFIC RACING ASSOCIATION II, a California Corporation, GULFSTREAM PARK RACING ASSOCIATION, INC., a Florida Corporation, OREGON RACING, INC., a Delaware Corporation, MARYLAND JOCKEY CLUB OF BALTIMORE CITY, INC., a Maryland Corporation, and LAUREL RACING ASSOCIATION, INC., a Maryland Corporation, | Case No.:  2:15-cv-9332<br><br>**[PROPOSED] ORDER RE STIPULATION FOR PROTECTIVE ORDER** |

-1-
**[PROPOSED] ORDER RE STIPULATION FOR PROTECTIVE ORDER**

|   |   |
|---|---|
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| HORSE RACING LABS, LLC, a Delaware Limited Liability Company, (also known as IMMERSE, LLC), doing business as DERBYWARS, and DOES 1 through 10, inclusive, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

The Court, having read and considered the attached "Stipulation for Protective Order" between the parties, and good cause appearing therefore, hereby orders that the terms of the Stipulation are hereby APPROVED AND SO ORDERED.

DATED: 11/17/16

*/s/ John E. McDermott*
Hon. John E. McDermott
United States Magistrate Judge

**[PROPOSED] ORDER RE STIPULATION FOR PROTECTIVE ORDER**