1

MATTHEW P. KANNY (State Bar No. 167118)
E-mail: mkanny@manatt.com

2

MAURA K. GIERL (State Bar No. 287430)
E-mail: mgierl@manatt.com

3

MANATT, PHELPS & PHILLIPS, LLP

4

11355 West Olympic Boulevard
Los Angeles, California 90064 1614

5

Tel.:   (310) 312 4000; Fax: (310) 312 4224

6

ARUNABHA BHOUMIK (pro hac vice)

7

E-mail: abhoumik@manatt.com
MANATT, PHELPS & PHILLIPS, LLP

8

7 Times Square
New York, New York 10036

9

Tel.:   (212) 790-4500; Fax: (212) 790-7575

10

Attorneys for Defendant

11

HORSE RACING LABS, LLC

12

13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

14

15

16

LOS ANGELES TURF CLUB, INCORPORATED, a California Corporation, *et al.*,

17

18

Plaintiffs,

19

vs.

20

HORSE RACING LABS, LLC, a Delaware Limited Liability Company (a/k/a IMMERSE, LLC), d/b/a DERBYWARS, and DOES 1 through 10, inclusive,

21

22

23

Defendants.

24

No. 2:15-cv-09332-SJO (JEMx)

Honorable S. James Otero
Courtroom No. 10C

**AFFIDAVIT OF DISCOVERY MASTER AND MEDIATOR REGARDING DISQUALIFICATION PURSUANT TO FED. R. CIV. P. 53(b)(3)(A)**

FAC Filed:                May 6, 2016
Fact Discovery Cutoff:    March 27, 2017
Expert Discovery Cutoff:  April 10, 2017
Final Pretrial Conf.:     June 19, 2017
Trial Date:               June 27, 2017

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

DISCOVERY MASTER AFFIDAVIT

1   **TO THE CLERK OF THE ABOVE-ENTITLED COURT AND ALL**

2   **PARTIES AND THEIR ATTORNEYS OF RECORD:**

3         **PLEASE TAKE NOTICE THAT**, Plaintiffs Los Angeles Turf Club, Inc.,

4   Los Angeles Turf Club II, Inc., Pacific Racing Association, Pacific Racing

5   Association II, Gulfstream Park Racing Association, Inc., Oregon Racing Inc.,

6   Maryland Jockey Club of Baltimore City, Inc., and Laurel Racing Association, Inc.

7   (collectively, "Plaintiffs"), on the one hand, and Defendant Horse Racing Labs,

8   LLC ("Defendant"), on the other hand, have stipulated to the appointment of the

9   Honorable Nancy Wieben Stock as the discovery master and mediator in the above-

10  captioned action (the "Stipulation). (Docket No. 51.) Pursuant to such Stipulation,

11  the parties have provided Judge Stock with their Corporate Disclosure Statements

12  and Certifications and Notices of Interested Parties (the "Disclosures"). (Docket

13  Nos. 4-11, 24.) Judge Stock has reviewed the Disclosures and evaluated her

14  possible disqualification under 28 U.S.C. § 455. Pursuant to the Rule 53(b)(3)(A)

15  of the Federal Rules of Civil Procedure and the affidavit annexed hereto at

16  **Attachment A**, the Parties respectfully request that the Court grant their Stipulation

17  and appoint Judge Stock as the Discovery Master and mediator in this action.

18

19  Dated:  February 7, 2017

                    MANATT, PHELPS & PHILLIPS, LLP

20                      Matthew P. Kanny
                    Arunabha Bhoumik
                    Maura K. Gierl

21                      By: /s/ Maura K. Gierl

22                         Maura K. Gierl
                       *Attorneys for Defendant*

23                         HORSE RACING LABS, LLC

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

| | |
|---|---|
| 1 | Dated:  February 7, 2017 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |

Dated:  February 7, 2017

CORBETT, STEELMAN & SPECTER
Richard B. Specter
Diane L. Ellis

By:  /s/ Richard B. Specter
    Richard B. Specter
    *Attorneys for Plaintiffs*
    LOS ANGELES TURF CLUB, INC.;
    LOS ANGELES TURF CLUB II,
    INC.; PACIFIC RACING
    ASSOCIATION; PACIFIC RACING
    ASSOCIATION II; GULFSTREAM
    PARK RACING ASSOCIATION,
    INC.; OREGON RACING INC.;
    MARYLAND JOCKEY CLUB OF
    BALTIMORE CITY, INC. and
    LAUREL RACING ASSOCIATION,
    INC.

## LOCAL RULE 5-4.3.4(a)(2)(i) CERTIFICATION

The filer of this document attests that all other signatories listed above on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

318232930.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2

DISCOVERY MASTER AFFIDAVIT

# ATTACHMENT A

1

## ATTACHMENT A

2

3

4

5  ## AFFIDAVIT OF THE HONORABLE NANCY WIEBEN STOCK

6  ### Tendered Pursuant to Fed. R. Civ. P. 53

7

8

9  STATE OF CALIFORNIA        )

10  COUNTY OF ORANGE          )

11

12        NANCY WIEBEN STOCK, being duly sworn, deposes and says:

13        1.     I am an attorney at law, duly licensed to practice law in the State of

14  California.  My bar admissions are as follows:

15

16        California State Bar. December 1976. Bar No. 72830

17        United States District Court, Central District of California. December 1976

18        Ninth Circuit Court of Appeals. December, 1976

19

20        2.     I have thoroughly familiarized myself with the issues involved in the

21  Central District of California action captioned *Los Angeles Turf Club, Inc., et al. v.*

22  *Horse Racing Labs, LLC*, C.D. Cal. Case No. 15-cv-9332.  I have served the

23  parties with a comprehensive set of disclosures with an attached declaration and

24  signed consent, dated January 31, 2017. As a result of my knowledge of that case, I

25  attest and affirm that there are no non-disclosed grounds for disqualification under

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

DISCOVERY MASTER AFFIDAVIT

1
2
3
4   28 U.S.C. § 455 that would prevent me from serving as the Discovery Master in the
5   captioned matter.
6
7       FURTHER AFFIANT SAYETH NAUGHT.
8
9
10
11                                    _____
                                      Judge Nancy Wieben Stock (Ret.)
                                      Superior Court of California
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

2                          DISCOVERY MASTER AFFIDAVIT