1  Richard B. Specter, SBN 114090
2  Diane L. Ellis, SBN 130628
   CORBETT, STEELMAN & SPECTER
3  A Professional Law Corporation
   18200 Von Karman Avenue, Suite 900
4  Irvine, California 92612-1023
   Telephone: (949) 553-9266
5  Facsimile: (949) 553-8454
6  rspecter@corbsteel.com

7  Attorneys for Plaintiffs
   LOS ANGELES TURF CLUB, INCORPORATED,
8  LOS ANGELES TURF CLUB II, INC.,
   PACIFIC RACING ASSOCIATION, PACIFIC RACING
9  ASSOCIATION II, GULFSTREAM PARK RACING
   ASSOCIATION, INC., OREGON RACING, INC.,
10 MARYLAND JOCKEY CLUB OF BALTIMORE CITY, INC.,
11 and LAUREL RACING ASSOCIATION, INC.

12
                    UNITED STATES DISTRICT COURT
13
                   CENTRAL DISTRICT OF CALIFORNIA
14

15 | LOS ANGELES TURF CLUB,                 ) Case No.: 2:15-cv-9332 SJO (JEMx)
   | INCORPORATED, a California             )
16 | Corporation, LOS ANGELES TURF          ) Hon. S. James Otero
   | CLUB II, INC., a California Corporation,) Courtroom No. 10C
17 | PACIFIC RACING ASSOCIATION, a          )
   | California Corporation, PACIFIC        )
18 | RACING ASSOCIATION II, a California    )
   | Corporation, GULFSTREAM PARK           ) **[PROPOSED] ORDER GRANTING
19 | RACING ASSOCIATION, INC., a            ) PLAINTIFFS' MOTION FOR
20 | Florida Corporation, OREGON RACING,    ) PARTIAL SUMMARY JUDGMENT**
   | INC., a Delaware Corporation,          )
21 | MARYLAND JOCKEY CLUB OF                )
22 | BALTIMORE CITY, INC., a Maryland       )
   | Corporation, LAUREL RACING             )
23 | ASSOCIATION, INC., a Maryland          )
   | Corporation, and DOES 1 through 10,    )
24 | inclusive,                             )
25 |                                        )
   |           Plaintiffs,                  )
26 |                                        )
27 |     vs.                                )
   |                                        )
28 | HORSE RACING LABS, LLC, a              )
   | Delaware Limited Liability Company,    )

-1-
[PROPOSED] ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT

1 | also known as, IMMERSE, LLC, doing )
2 | business as DERBYWARS, and Does 1 )
  | through 10, )
3 |                                       )
  |         Defendants.                   )
4 | _____ )

The Motion of Plaintiffs Los Angeles Turf Club, Incorporated, Los Angeles Turf Club II, Inc., Pacific Racing Association, Pacific Racing Association II, Gulfstream Park Racing Association, Inc., Oregon Racing, Inc., Maryland Jockey Club Of Baltimore City, Inc., and Laurel Racing Association, Inc. (collectively, "Plaintiffs"), for Partial Summary Judgement came on regularly for hearing on April 24, 2017, at 10:00 a.m. Richard B. Specter of Corbett, Steelman & Specter appeared on behalf of Plaintiffs, and Matthew Kanny of Manatt, Phelps & Phillips appeared on behalf Defendant Horse Racing Labs, LLC ("Defendant").

After considering the moving and opposition papers, arguments of counsel, and all other matters presented to the Court,

IT IS HEREBY ORDERED THAT the Motion is granted, and the following issues are deemed adjudicated for the reason that there is no genuine dispute as to any material fact, and that Plaintiffs are entitled to adjudication of the following issues as a matter of law:

1. That the contests offered by Defendant on its Derby Wars website are wagers under the *Interstate Horseracing Act of 1978*, 15 U.S.C. §§ 3001, *et seq.* (the "IHA").
2. That Defendant is operating an off-track betting system as defined in Section 3002(7) of the IHA.
3. That Defendant is required to obtain the consent of Plaintiffs prior to accepting wagers on Plaintiffs' horseraces.

4. That Defendant is in violation of Section 3004(a) of the IHA, because it is accepting wagers on Plaintiff host racing associations' horseraces, without the consent of Plaintiffs.

5. That Defendant is liable to Plaintiffs for damages under Section 3005 of the IHA.

6. That Defendant is in violation of California *Business & Professions Code* Section 17200, *et seq.*

IT IS SO ORDERED.

Date: _____

_____
United States District Judge