Richard B. Specter, SBN 114090
Diane L. Ellis, SBN 130628
CORBETT, STEELMAN & SPECTER
A Professional Law Corporation
18200 Von Karman Avenue, Suite 900
Irvine, California 92612-1023
Telephone: (949) 553-9266
Facsimile: (949) 553-8454
rspecter@corbsteel.com

Attorneys for Plaintiffs
LOS ANGELES TURF CLUB, INCORPORATED,
LOS ANGELES TURF CLUB II, INC.,
PACIFIC RACING ASSOCIATION, PACIFIC RACING
ASSOCIATION II, GULFSTREAM PARK RACING
ASSOCIATION, INC., OREGON RACING, INC.,
MARYLAND JOCKEY CLUB OF BALTIMORE CITY, INC.,
and LAUREL RACING ASSOCIATION, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES TURF CLUB, INCORPORATED, a California Corporation, LOS ANGELES TURF CLUB II, INC., a California Corporation, PACIFIC RACING ASSOCIATION, a California Corporation, PACIFIC RACING ASSOCIATION II, a California Corporation, GULFSTREAM PARK RACING ASSOCIATION, INC., a Florida Corporation, OREGON RACING, INC., a Delaware Corporation, MARYLAND JOCKEY CLUB OF BALTIMORE CITY, INC., a Maryland Corporation, LAUREL RACING ASSOCIATION, INC., a Maryland Corporation, and DOES 1 through 10, inclusive,<br><br>           Plaintiffs,<br><br>    vs.<br><br>HORSE RACING LABS, LLC, a Delaware Limited Liability Company, | Case No.: 2:15-cv-9332 SJO (JEMx)<br><br>Hon. S. James Otero<br><br>**PARTIES' JOINT WITNESS LIST**<br>**[Local Rule 16-5]**<br><br>Date Filed: December 3, 2015<br>Discovery Cutoff: March 27, 2017<br>Final Pretrial Conf.: June 19, 2017<br>Trial Date: June 27, 2017 |

PARTIES' JOINT WITNESS LIST

also known as, IMMERSE, LLC, doing )
business as DERBYWARS, and Does 1 )
through 10, )
    )
        Defendants. )
    )
_____)

Plaintiffs and Defendant hereby submit their Joint Witness List, in accordance with Local Rules of the Central District of California, Rule 16-5, and Section 1.B.3. of the Order re Jury/Court Trial for Civil Cases Assigned to Judge S. James Otero:

## **PLAINTIFFS**

Plaintiffs hereby submit their list of witnesses expected to testify at trial, with those whom Plaintiff will only call if the need arises identified with one asterisk*, and those who will only be called by Defendant, if at all, marked with 2 asterisks**:

| Witness Name | Summary of Anticipated Testimony | Direct | Cross[1] | Re-Direct | Re-Cross |
|---|---|---|---|---|---|
| **ANDREW ARTHUR**, 285 West Huntington Drive, Arcadia, CA 91007, (626-574-6223). | Defendant has stated that it intends to call Mr. Arthur as an adverse witness, concerning Plaintiff Los Angeles Turf Club, Incorporated's relationship with Defendant. | | 20 mins. | | 10 mins. |
| **GREGORY AVIOLI**, 285 West Huntington Drive, Arcadia, CA 91007, (626-574-6620). | Defendant has stated that it intends to call Mr. Avioli to testify about industry subjects, and the Thoroughbred Owners of California's involvement | | 45 mins. | | 15 mins. |

---

[1] Time estimates for cross examination and re-cross examination are subject to the scope of Defendant's direct examination.

| | | | | | |
|---|---|---|---|---|---|
| 1 | | in the industry. | | | |
| 2 | *__RICK BAEDEKER__, Executive Director, California Horse Racing Board, 1010 Hurley Way, Suite 300, Sacramento, CA 95825, (916) 263-6000. | Mr. Baedeker would testify as to the policies and procedures of the California Horse Racing Board, the horse racing business in California and nationally, and communications with Defendant. | 90 mins. | | 20 mins. | |
| 8 | **__MICHAEL CALDERONE__, address unknown. | Defendant has indicated that it intends to call Mr. Calderone to testify as to Plaintiffs' dealings with Defendant. | | 1 hr. | | 20 mins. |
| 11 | **__ED COMINS__, 25 Cadillac Drive, Suite 201, Sacramento, CA 95825, (925) 336-4499. | Defendant has indicated that it intends to call Mr. Comins to testify as to Plaintiffs and Defendant's dealings with Watch and Wager. | | 30 mins. | | 10 mins. |
| 15 | __SCOTT DARUTY__, 285 West Huntington Drive, Arcadia, CA 91007, (626) 574-7223. | Mr. Daruty will testify as to the operation and finances of Plaintiffs' race tracks, Plaintiffs' financial structure, Plaintiffs' relationship with Defendant and the Defendant Contests, the absence of consent to Defendant, the decision to bring this litigation, and underlying facts in support of Plaintiffs' expert opinions. | 4 hrs. | | 1 hr. | |
| 25 | **__MARIA GARDOCE__, 11355 West Olympic Boulevard, Los Angeles, CA 90064, (310) 312-4000. | Defendant has indicated that it may call Ms. Gardoce to testify as to the preparation of compilations of evidence and charts. | | 15 mins. | | 5 mins. |

PARTIES' JOINT WITNESS LIST

| | | | | |
|---|---|---|---|---|
| **\*\*RANDAL D. HEEB**, 1300 Eye Street NW, Suite 600, Washington, D.C. 20005, (202) 747-5968. | Defendant has indicated that it may call Dr. Heeb if the need arises, as its expert witness.  Plaintiffs intend to offer Dr. Heeb's testimony by deposition, and if called as a live witness by Defendant, the time estimates are as herein set forth. | | 15 mins. | | 10 mins. |
| **\*DOUG ILLIG**, 5201 Park Heights Avenue, Baltimore, MD 21215, (410) 542-9400. | Mr. Illig would testify as to the operations and finances of Plaintiffs Maryland Jockey Club of Baltimore City, Inc., and Laurel Racing Association, Inc. | 1 hr. | | 15 mins. | |
| **\*GINA LAVO**, 285 West Huntington Drive, Arcadia, CA 91007, (626) 574-6380. | Ms. Lavo would testify as to the operations and finances of Plaintiffs Los Angeles Turf Club, Incorporated, Los Angeles Turf Club II, Inc., Pacific Racing Association and Pacific Racing Association II. | 75 mins. | | 15 mins. | |
| **MARK MIDLAND**, 714 W. Main Street, Louisville, KY 40202. | Mr. Midland will testify as an adverse witness, concerning Defendant's business, operations, finances and dealings with Plaintiffs, and the factual basis for Defendant's affirmative defenses. | 3 hrs. | | 90 mins. | |
| **\*VESTAL MONROE**, 1001 North Schmeer Road, Portland, OR, 97217, (503) 285-9144. | Ms. Monroe would testify as to the operations and finances of Plaintiff Oregon Racing, Inc. | 45 mins. | | 15 mins. | |

PARTIES' JOINT WITNESS LIST

| | | | | |
|---|---|---|---|---|
| **JOE MORRIS**, 285 West Huntington Drive, Arcadia, CA 91007, (626) 574-7223. | Mr. Morris will testify as to the horse racing industry in general, prevailing issues concerning fantasy horseracing, industry stakeholders' positions on fantasy horseracing contests, the role of the horsemen in the industry, and the effect of Defendant's activities. | 3 hrs. | | 45 mins. | |
| **\*\*NATE NEWBY**, 285 West Huntington Drive, Arcadia, CA 91007, (626) 574-6223. | Defendant has stated that it intends to call Mr. Newby as an adverse witness, concerning Plaintiff Los Angeles Turf Club, Incorporated's relationship with Defendant. | | 1 hr. | | 10 mins. |
| **\*TIM RITVO**, 901 South Federal Highway, Hallandale Beach, FL 33009, (954) 454-7000. | Mr. Ritvo would testify as to the business of Plaintiffs Gulfstream Park Racing Association, Inc., Maryland Jockey Club of Baltimore City, Inc., and Laurel Racing Association, Inc., general horseracing industry issues and the decision to bring this litigation. | 2.5 hrs. | | 1 hr. | |
| **\*MIKE ROGERS**, 455 Magna Drive, Aurora, Ontario, Canada, L4G 7A9, (905) 726-7624. | Mr. Rogers would testify as to Plaintiffs' business operations, his dealings with Defendant and the decision to bring this litigation. | 2 hrs. | | 45 mins. | |
| **\*MICHAEL ROMANO**, 901 South Federal Highway, Hallandale | Mr. Romano would testify as to the operations and finances of Plaintiff Gulfstream | 1 hr. | | 30 mins. | |

-5-

PARTIES' JOINT WITNESS LIST

| Witness Name | Summary of Anticipated Testimony | Direct | Cross | Re-Direct | Re-Cross |
|---|---|---|---|---|---|
| Beach, FL 33009, (954) 454-7000. | Park Racing Association, Inc. | | | | |
| **\*\*CHRIS SCHICK**, 25 Cadillac Drive, Suite 201, Sacramento, CA 95825, (925-243-8215). | Defendant has indicated that it intends to call Mr. Schick to testify about Watch and Wager, and its dealings with Defendant and the CHRB. | | 15 mins. | | 5 mins. |
| **MIKE SHUTTY**, 714 W. Main Street, Louisville, KY 40202. | Mr. Shutty will testify as an adverse witness, concerning Defendant's business, operations and finances, as well as dealings with Plaintiffs, and the factual basis for Defendant's affirmative defenses. | 90 mins. | | 30 mins. | |
| **DAVID R. TANTLINGER, JR.**, 8391 East Washington Street, Chagrin Falls, OH 44023, (440) 708-2383. | Mr. Tantlinger, Plaintiffs' expert witness, will testify on his background, and the contents of his Expert Reports, including Plaintiffs' damages. | 2 hrs. | | 30 mins. | |

## DEFENDANT

| Witness Name | Summary of Anticipated Testimony | Direct | Cross | Re-Direct | Re-Cross |
|---|---|---|---|---|---|
| Mark Midland  c/o Manatt, Phelps & Phillips, LLP 11355 West Olympic Boulevard Los Angeles, California 90064 Tel.:  (310) 312-4000 | Derby Wars anticipates that Mr. Midland will testify to, among other topics, the facts and circumstances concerning or relating to Plaintiffs' claims, allegations, and purported damages in this action; Derby Wars' | 4 hrs | | 1 hr | |

| | | contentions and affirmative defenses in this action, including Derby Wars' statute of limitations, unclean hands and estoppel defenses; corporate structure of Horse Racing Labs; Derby Wars' business and the structure, rules and operation of Derby Wars' fantasy horse racing contests; his and Derby Wars' communications, business dealings and relationships with Plaintiffs and the Stronach Group and/or their respective representatives or affiliates; cross marketing efforts between Plaintiffs and Derby Wars; discussions with Plaintiffs regarding potential business dealings and/or resolution of this matter; the creation and development of Derby Wars; the expenditure of time, funds and resources to grow Derby Wars' business; Derby Wars' reliance upon Plaintiffs' inaction in building its business and resulting harm to Derby Wars; the management structure of Derby Wars; the financial aspects of Derby Wars' | | | | |

PARTIES' JOINT WITNESS LIST

| | | | | | |
|---|---|---|---|---|---|
| | contests and revenues; the effect of fantasy horse racing contests on handle; his and Derby Wars' communications, relationships, sponsorships, and/or agreements with third party race tracks and other entities; and parimutuel wagering on horse races at Plaintiffs' tracks and under applicable laws. | | | | |
| Michael Shutty<br><br>c/o Manatt, Phelps & Phillips, LLP 11355 West Olympic Boulevard Los Angeles, California 90064 Tel.: (310) 312-4000 | Derby Wars anticipates that Mr. Shutty will testify to, among other topics, the creation and development of Derby Wars; investment made in Derby Wars to grow Derby Wars' business; the impact of fantasy horse racing contest sites and/or handicapping contests on the horse racing industry; his and Derby Wars' communications, relationships, and/or agreements with Plaintiffs, the Stronach Group or third parties regarding Derby Wars; and discussions with Plaintiffs regarding potential business dealings and/or resolution of this matter. | 1 hr | | .5 hr | |

PARTIES' JOINT WITNESS LIST

| | | | | | |
|---|---|---|---|---|---|
| Mike Rogers[2] (*by deposition*) c/o Corbett, Steelman & Specter 18200 Von Karman Ave., Suite 825 Irvine, California 92612 Tel.: (949) 553-9266 | Derby Wars anticipates that Mr. Rogers will testify to, among other topics, parimutuel wagering on horse racing in general and operation of Plaintiffs' racetracks; the scope of Plaintiffs' licenses to operate race tracks and accept wagers on horse races; relationships with and between Plaintiffs and the Stronach Group; Stronach Group executive board meetings regarding this litigation; his and Plaintiffs' and/or the Stronach Group's knowledge of and business dealings, communications and agreements with Derby Wars and other fantasy horse racing and/or handicapping contest sites; Michael Calderone's employment, affiliations and/or agency with the Stronach Group and Plaintiffs; meeting with Mark Midland at the 2012 Breeders' Cup; parimutuel wagering on horse races at Plaintiffs' tracks and under | | 1 hr | | -- |

[2] Derby Wars will offer the testimony of Mike Rogers by deposition based on Plaintiffs' representation that they will not make Mr. Rogers available to testify live at trial. Derby Wars expressly reserves the right to amend its time estimates if Mr. Rogers appears at trial.

| | | | | | |
|---|---|---|---|---|---|
| | | applicable laws; analysis of potential claims against Derby Wars and decision to file the instant lawsuit; Plaintiffs' purported damages; internal communications regarding a potential business relationship with Derby Wars and resolution of this matter; communications with third parties, including the NTRA and Breeder's Cup, about Derby Wars. | | | | |
| | Timothy Ritvo[3] (*by deposition*) <br><br> c/o Corbett, Steelman & Specter 18200 Von Karman Ave., Suite 825 Irvine, California 92612 Tel.: (949) 553-9266 | Derby Wars anticipates that Mr. Ritvo will testify to, among other topics, Plaintiffs' race track operations, including specifically operations in Maryland and Florida; the scope of Plaintiffs' licenses; his and Plaintiffs' and/or the Stronach Group's communications, relationships, and/or agreements with Derby Wars and other fantasy horse racing and/or handicapping contest sites; Michael Calderone's employment, affiliations and/or agency with the Stronach Group | | 1 hr | | -- |

---

[3] Derby Wars will offer the testimony of Timothy Ritvo by deposition based on Plaintiffs' representation that they will not make Mr. Ritvo available to testify live at trial. Derby Wars expressly reserves the right to amend its time estimates if Mr. Ritvo appears at trial.

PARTIES' JOINT WITNESS LIST

| | | | | | |
|---|---|---|---|---|---|
| | and Plaintiffs; amount of handle at Plaintiffs' tracks and in the U.S.; the decision to file the instant lawsuit; parimutuel wagering on horse races at Plaintiffs' tracks and under applicable laws; the Big One contest; internal communications regarding a potential business relationship with Derby Wars and resolution of this matter; Stronach Group executive board meetings regarding this litigation. | | | | |
| Scott Daruty[4] (*adverse*) c/o Corbett, Steelman & Specter 18200 Von Karman Ave., Suite 825 Irvine, California 92612 Tel.: (949) 553-9266 | Derby Wars anticipates that Mr. Daruty will testify to, among other things, the executive structure of the Stronach Group and Plaintiffs' relationship or affiliation with the Stronach Group; his and Plaintiffs' and/or the Stronach Group's knowledge of and business dealings, communications and relationship with Derby Wars; Michael Calderone's employment, affiliations and/or agency with the Stronach Group and Plaintiffs; facts and | | 3.5 hrs | | 1 hr |

---

[4] Plaintiffs have indicated that they intend to offer Scott Daruty's testimony on direct examination.  However, if Plaintiffs do not call Mr. Daruty to testify, Derby Wars will call him as an adverse witness in its case in chief, and estimates that it will spend 3.5 hours on direct examination, and 1 hour on redirect.

PARTIES' JOINT WITNESS LIST

| | | | | | |
|---|---|---|---|---|---|
| | circumstances concerning or relating to Plaintiffs' claims, allegations, and purported damages in this action; his and Plaintiffs' and/or the Stronach Group's knowledge of and business dealings, communications and relationships with operators of fantasy horse racing contests; parimutuel wagering on horse races at Plaintiffs' tracks and under applicable laws; Plaintiffs' applications and licenses to operate horse racing tracks in California; agreements between Plaintiffs and/or Monarch Content Management and third parties, including simulcasting, hub fee, source market fee and Advanced Deposit Wagering ("ADW") agreements, regarding horse wagering; host, source market and other fees paid to race tracks for wagering on horse races at those tracks; charts relating to host and other fees paid to race tracks for wagering on horse races at those tracks; Plaintiffs' operation of race tracks; communications, agreements and | | | | |

PARTIES' JOINT WITNESS LIST

| | | relationships between Plaintiffs and horsemen's groups and host states; Plaintiffs' interactions with state horse racing boards and commissions and state legislatures, including specifically the California Horse Racing Board ("CHRB"); Mr. Daruty's testimony at CHRB meetings; Plaintiffs' analysis of and decision to file the present lawsuit; communications with third parties, including TVG and WatchandWager, about Derby Wars; and discussions with Derby Wars about a business relationship and potential resolution of this matter. | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Joe Morris[5] (*adverse*)<br><br>c/o Corbett, Steelman & Specter 18200 Von Karman Ave., Suite 825 Irvine, California 92612 Tel.: (949) 553-9266 | Derby Wars anticipates that Mr. Morris will testify to, among other topics, Plaintiffs' claims, allegations, and purported damages as they relate to Plaintiffs' California tracks; Plaintiffs' and/or the Stronach Group's communications, relationships, and/or agreements with the | | 1 hr | | .5 hr |

[5] Plaintiffs have indicated that they intend to offer Joe Morris's testimony on direct examination. However, if Plaintiffs do not call Mr. Morris to testify, Derby Wars will call him as an adverse witness in its case in chief, and estimates that it will spend 1 hour on direct examination, and 30 minutes on redirect.

PARTIES' JOINT WITNESS LIST

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Thoroughbred Owners of California; and Plaintiffs' applications and licenses to operate race tracks and/or to accept parimutuel wagers on horse races in California. | | | | |
| | Nate Newby (*adverse*)<br><br>c/o Corbett, Steelman & Specter 18200 Von Karman Ave., Suite 825 Irvine, California 92612<br>Tel.: (949) 553-9266 | Derby Wars anticipates that Mr. Newby will testify to, among other topics, LATC's and/or LATC II's (including specifically Santa Anita Park's) knowledge of and/or business dealings, communications and relationships with Derby Wars; LATC's and/or LATC II's (including specifically Santa Anita Park's) knowledge of and/or business dealings, communications and relationships with other fantasy contest operators; Derby Wars' business operations; joint marketing efforts by and between Derby Wars and Santa Anita Park; contests offered by Santa Anita Park; marketing by Santa Anita Park of Derby Wars; and the effect of fantasy horse racing contests and/or handicapping contests on handle at Santa Anita Park. | 2 hrs | | .5 hr | |
| | Andrew Arthur (*adverse*) | Derby Wars anticipates that Mr. Arthur will | 1 hr | | .5 hr | |

PARTIES' JOINT WITNESS LIST

| | | | | |
|---|---|---|---|---|
| c/o Corbett, Steelman & Specter 18200 Von Karman Ave., Suite 825 Irvine, California 92612 Tel.: (949) 553-9266 | testify to, among other topics, the Stronach Group's, LATC's and LATC II's knowledge of, communications with, and/or business dealings with Derby Wars between 2011 and 2015, specifically as they relate to Santa Anita Park. | | | |
| Eric Sindler (*if the need arises*)  c/o Corbett, Steelman & Specter 18200 Von Karman Ave., Suite 825 Irvine, California 92612 Tel.: (949) 553-9266 | Derby Wars anticipates that Mr. Sindler will testify to, among other topics, agreements between Plaintiffs and/or Monarch Content Management with third parties; Plaintiffs' applications and licenses to operate race tracks and/or to accept parimutuel wagers on horse races. | .5 hr | | .25 hr |
| Michael Calderone  Address unknown at this time Tel.: (702) 280-0849 | Derby Wars anticipates that Mr. Calderone will testify to, among other topics, Plaintiffs' and/or the Stronach Group's knowledge of and business dealings, communications and relationships with Derby Wars; Mr. Calderone's position at the Stronach Group and/or Plaintiffs and his authority to act on behalf of Plaintiffs; emails that Mr. Calderone sent or received relating to Horse Racing Nation and Derby Wars; internal | 2 hrs | | .5 hr |

PARTIES' JOINT WITNESS LIST

| | | | | | |
|---|---|---|---|---|---|
| | | and external communications Mr. Calderone had with others regarding Horse Racing Nation and Derby Wars or other contest sites; the effect of fantasy horse racing contests on handle; and Plaintiffs' relationship and/or affiliation with the Stronach Group. | | | |
| | Gregory Avioli<br><br>285 West Huntington Drive<br>Arcadia, California 91007<br>Tel.: (626) 574-6620 | Derby Wars anticipates that Mr. Avioli will testify to, among other topics, Plaintiffs' and/or the Stronach Group's communications, agreements, approvals and/or relationships with the Thoroughbred Owners of California; his and Plaintiffs and/or the Stronach Group's communications, agreements and/or relationships with Derby Wars; Derby Wars' business operations in 2011-2012; Plaintiffs' and/or the Stronach Group's business operations, including specifically during the time period of 2011 and 2012; Plaintiffs' applications and licenses to operate race tracks and offer parimutuel wagering on horse races in California in 2011 and | 1.5 hrs | | .5 hr | |

PARTIES' JOINT WITNESS LIST

| | | | | | |
|---|---|---|---|---|---|
| | | 2012; ADW wagering, including host and source marketing fees. | | | |
| | Ed Comins<br><br>25 Cadillac Drive, Suite 201 Sacramento, California 95825 Tel.:  (925) 336-4499 | Derby Wars anticipates that Mr. Comins will testify to, among other topics, his relationship with Watch and Wager; his and Watch and Wager's communications, negotiations and/or agreements with Derby Wars; Plaintiffs' and/or the Stronach Group's communications, business dealings, and/or agreements with Watch and Wager; Watch and Wager's communications with the CHRB, Plaintiffs, Monarch, and/or the Stronach Group regarding Derby Wars and/or fantasy horse racing contests; the scope of licenses issued to Watch and Wager by the CHRB; and reporting requirements of Watch and Wager to CHRB. | 1 hr | | .5 hr |
| | Chris Schick<br>(*if the need arises*)<br><br>25 Cadillac Drive, Suite 201 Sacramento, California 95825 Tel.:  (916) 243-8215 | Derby Wars anticipates that Mr. Schick will testify to, among other topics, his employment with Watch and Wager; his and Watch and Wager's communications, negotiations and/or agreements with Derby | .5 hr | | .25 hr |

-17-

| | | | | |
|---|---|---|---|---|
| | Wars; and Mr. Schick's communications with the CHRB regarding Derby Wars and fantasy horse racing contests. | | | | |
| John Ford (*by deposition*)<br><br>115 Sansome Street, Suite 1050 San Francisco, California 95104 Tel.: (925) 942-9000 | Derby Wars anticipates that Mr. Ford will testify to, among other topics, Plaintiffs' and/or the Stronach Group's and/or Monarch's communications, relationships, negotiations, and/or agreements with BetAmerica; the operation of and market for daily fantasy horseracing contests and/or handicapping contests; the effect of fantasy horse racing contests on handle; parimutuel and ADW wagering, fees and licensing; reporting requirements for BetAmerica pursuant to BetAmerica's ADW license; and BetAmerica's communications with state horse racing boards or commissions, including specifically the CHRB and North Dakota Racing Commission. | .75 hr | | -- | |
| Rick Baedeker (*if the need arises*)<br><br>c/o CHRB General | Derby Wars anticipates that Mr. Baedeker will testify to, among other topics, regulation of | 1 hr | | .5 hr | |

PARTIES' JOINT WITNESS LIST

| | | | | | |
|---|---|---|---|---|---|
| Counsel<br>1010 Hurley Way,<br>Suite 300<br>Sacramento,<br>California 95825<br>Tel.:  (916) 263-6000 | parimutuel wagering on horse races in California; reporting requirements of licensees; Plaintiffs' and/or the Stronach Group's communications, applications and licenses with the CHRB; communications with Watch and Wager regarding fantasy horse racing contests, including WatchandWager's relationship with Derby Wars; meetings of the CHRB; and past or ongoing legislative efforts to regulate fantasy horse racing contests in California. | | | | |
| Randal Heeb, Ph.D. (expert)<br>(*if the need arises*)<br><br>c/o Manatt, Phelps & Phillips, LLP<br>11355 West Olympic Boulevard<br>Los Angeles,<br>California 90064<br>Tel.:  (310) 312-4000 | Derby Wars anticipates that Dr. Heeb will provide testimony regarding his qualifications and expert testimony regarding the substance of his report and his conclusions, including the revenues for Derby Wars' contests. | .5 hr | | -- | |
| Maria Gardoce<br>(*if the need arises*)<br><br>c/o Manatt, Phelps & Phillips, LLP<br>11355 West Olympic Boulevard<br>Los Angeles,<br>California 90064<br>Tel.:  (310) 312-4000 | Derby Wars anticipates that Ms. Gardoce will testify to compilations, charts, calculations, and/or summaries of evidence. | .75 hr | | .25 hr | |

PARTIES' JOINT WITNESS LIST

Plaintiffs have designated several additional witnesses that they intend to call at trial.  Derby Wars reserves its right to examine these witnesses on cross examination and re-cross examination.  Accordingly, Derby Wars provides its time estimates for such examinations as set forth below.

| Witness Name | Direct | Cross | Re-Direct | Re-Cross |
|---|---|---|---|---|
| Doug Illig | | .75 hr | | .25 hr |
| Gina Lavo | | 1 hr | | .25 hr |
| Vestal Monroe | | .5 hr | | .25 hr |
| Michael Romano | | .75 hr | | .25 hr |
| David R. Tantlinger, Jr. | | 2 hrs | | 1 hr |

Dated:  May 26, 2017

CORBETT, STEELMAN & SPECTER
Richard B. Specter
Diane L. Ellis


By: /s/ Richard B. Specter
    Richard B. Specter
    *Attorneys for Plaintiffs*


Dated:  May 26, 2017

MANATT, PHELPS & PHILLIPS, LLP
Matthew P. Kanny
Arunabha Bhoumik
Maura K. Gierl


By: /s/ Matthew P. Kanny
    Matthew P. Kanny
    *Attorneys for Defendant*

PARTIES' JOINT WITNESS LIST

## **LOCAL RULE 5-4.3.4(a)(2)(i) CERTIFICATION**

The filer of this document attests that all other signatories listed above on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

PARTIES' JOINT WITNESS LIST