Richard B. Specter, SBN 114090
Diane L. Ellis, SBN 130628
CORBETT, STEELMAN & SPECTER
A Professional Law Corporation
18200 Von Karman Avenue, Suite 900
Irvine, California 92612-1023
Telephone: (949) 553-9266
Facsimile: (949) 553-8454
rspecter@corbsteel.com

Attorneys for Plaintiffs
LOS ANGELES TURF CLUB, INCORPORATED,
LOS ANGELES TURF CLUB II, INC.,
PACIFIC RACING ASSOCIATION, PACIFIC RACING
ASSOCIATION II, GULFSTREAM PARK RACING
ASSOCIATION, INC., OREGON RACING, INC.,
MARYLAND JOCKEY CLUB OF BALTIMORE CITY, INC.,
and LAUREL RACING ASSOCIATION, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES TURF CLUB, INCORPORATED, a California Corporation, LOS ANGELES TURF CLUB II, INC., a California Corporation, PACIFIC RACING ASSOCIATION, a California Corporation, PACIFIC RACING ASSOCIATION II, a California Corporation, GULFSTREAM PARK RACING ASSOCIATION, INC., a Florida Corporation, OREGON RACING, INC., a Delaware Corporation, MARYLAND JOCKEY CLUB OF BALTIMORE CITY, INC., a Maryland Corporation, and LAUREL RACING ASSOCIATION, INC., a Maryland Corporation,<br><br>     Plaintiffs,<br><br>   vs.<br><br>HORSE RACING LABS, LLC, a | No.: 2:15-cv-9332 SJO (JEMx)<br><br>**STIPULATION FOR ENTRY OF JUDGMENT**<br><br>Date Filed: December 3, 2015<br>Discovery Cutoff: March 27, 2017<br>Final Pretrial Conf.: June 19, 2017<br>Trial Date: June 27, 2017 |

-1-

STIPULATION FOR ENTRY OF JUDGMENT

| | |
|---|---|
| 1 | Delaware Limited Liability Company, )
| 2 | (also known as IMMERSE, LLC), doing )
| 3 | business as DERBYWARS, and DOES 1 )
|   | through 10, inclusive,              )
| 4 |                                     )
|   |         Defendants.                 )

Plaintiffs Los Angeles Turf Club, Inc., Los Angeles Turf Club II, Inc., Pacific Racing Association, Pacific Racing Association II, Gulfstream Park Racing Association, Inc., Oregon Racing Inc., Maryland Jockey Club of Baltimore City, Inc., and Laurel Racing Association, Inc. (collectively, "Plaintiffs"), on the one hand, and Defendant Horse Racing Labs, LLC, d/b/a Derby Wars ("Defendant"), on the other hand, by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on December 2, 2015, Plaintiffs, commenced this action against Defendant, alleging, among other things, that Defendant's fantasy horse racing contests that use horseraces run at horserace tracks operated by Plaintiffs (the "Contests") violate the *Interstate Horseracing Act* ("IHA") (the "Action");

WHEREAS, on May 31, 2016, Defendant filed an Answer to Plaintiffs' claims, raising a number of affirmative defenses and denying any and all liability for the claims asserted;

WHEREAS, on May 15, 2017, the Court issued its Order granting in part Plaintiffs' Motion for Partial Summary Judgment, and Denying Defendant's Motion for Summary Judgment, (Docket, No. 88), (the "Order");

WHEREAS, Plaintiffs and Defendant have engaged in lengthy discussion and negotiation, and have agreed to compromise and settle their differences in accordance

with this Stipulation for Entry of Judgment ("Stipulation") and attached Judgment;

WHEREAS, Plaintiffs and Defendant enter into this Stipulation f as part of a full and final settlement of all claims that were raised in the Action, or which could have been raised in the Action, arising out of the facts and conduct alleged therein, which Judgment is entered into for the purpose of resolving issues disputed in this Action only;

WHEREAS, Plaintiffs and Defendant expressly acknowledge and agree that, by entering into this Stipulation and [Proposed] Judgment, nothing in either the Stipulation or Judgment, nor any act performed by Defendant nor any document executed pursuant to the Stipulation, Judgment or Order, is intended to be construed as an admission by Defendant of any fact, liability, issue of law, conclusion of law or violation of any statutory or regulatory laws, nor is compliance with the Stipulation, Judgment or Order intended be construed as an admission by Defendant of any fact, liability, issue of law, conclusion of law or violation of any statutory or regulatory laws;

WHEREAS, Plaintiffs and Defendant expressly acknowledge and agree that they do not intend for the Stipulation or Judgment to have issue preclusive effect, or to be admissible in Court, as to Defendant or its owners, agents, servants, employees, representatives, officers, DBAs, successors, licensees and assigns in any future actions not brought by Plaintiffs, including but not limited to private parties, government agencies, law enforcement agencies, or regulatory organizations;

WHEREAS, Plaintiffs expressly acknowledge and agree that in no event shall Plaintiffs seek to enforce the Judgment for default on any payment obligation without ten (10) days written notice to Defendant and an opportunity to cure within that ten (10) day time period; and

WHEREAS, Plaintiffs and Defendant expressly acknowledge and agree that the Court shall maintain continuing jurisdiction over this Action for the purpose of enforcing the Judgment.

NOW THEREFORE, the Parties, by and through their respective undersigned counsel, hereby stipulate and agree, and respectfully request, that the Court enter the concurrently filed [Proposed] Judgment in this matter.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: June 12, 2017

CORBETT, STEELMAN & SPECTER
Richard B. Specter
Diane L. Ellis

By: /s/ Richard B. Specter
Richard B. Specter
*Attorneys for Plaintiffs*

Dated: June 12, 2017

HOLMES, TAYLOR, SCOTT & JONES LLP
Andrew B. Holmes

By: /s/ Andrew B. Holmes
Andrew B. Holmes
*Attorneys for Defendant*